**Order entered November 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01225-CV

## IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

## ORDER

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus. We also **DENY** relators' motion for temporary relief as moot.

/s/    LANA MYERS
       JUSTICE